UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA   :

    - against -    :     **<u>ORDER</u>**

JAIME GOMEZ,      :     99-CR-1048-2 (DC)

                 16-CV-5584 (DC)

       Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

    On November 16, 2020, I ordered the Government to respond to Defendant Jaime Gomez's 28 U.S.C. § 2255 motion by December 10, 2020, and for Gomez to reply by January 4, 2021.  Dkt. No. 227.  The Government submitted its opposition, but Gomez has not submitted a reply.  Instead, Gomez filed two requests to extend the deadline to file his reply.  Dkt. Nos. 242, 243.  On January 29, 2021, I granted Gomez's application and extended the deadline for his reply until February 26, 2021.  Dkt. No. 244.  But on February 3, 2021, I received another request from Gomez, which pre-dated my February 3 order, seeking an indefinite extension.  Accordingly, it is **HEREBY ORDERED** that the deadline for Gomez's reply is extended to **<u>June 4, 2021</u>**.  No further extensions will be granted.  If Gomez does not submit a reply by then, the Court will rule on the motion based on the existing record.  The Clerk of Court is directed to mail a copy of this Order to Gomez and to the Government at the addresses listed below.

Dated:  New York, New York
     April 7, 2021

              _____/s/ Denny Chin_____
              DENNY CHIN
              United States Circuit Judge
              Sitting by Designation

To:    Jaime Gomez
48323-054
Federal Correctional Institution Ray Brook
PO Box 900
Ray Brook, New York 12977

Thomas S. Burnett, Esq.
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007