**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                        99 **CR.** 1048-2 (DC)
                                                                        08 **CIVIL** 171 (DC)
                                                                        16 **CIVIL** 5584 (DC)

            -against-
                                                                        <u>**JUDGMENT**</u>

JAIME GOMEZ,
                                        Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision & Order dated June 24, 2021, Gomez has failed to

show a basis for relief under 28 U.S.C. § 2255. Accordingly, his petition for relief is denied.

Because he has not made a substantial showing of the denial of a constitutional right, the Court

has declined to issue a certificate of appealability. See 28 U.S.C. § 2253 (1996) (as amended by

the Antiterrorism and Effective Death Penalty Act). The Court certifies pursuant to 28 U.S.C. §

1915(a)(3) that any appeal taken from the order would not be taken in good faith; accordingly,

case number 16-CV-5584 is closed.

**DATED:** New York, New York
            June 24, 2021

                                                                **RUBY J. KRAJICK**
                                                    _____
                                                                **Clerk of Court**
                                                **BY:**   K. Mango
                                                    _____
                                                                **Deputy Clerk**